UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALICIA STEPHENS,

    Plaintiff,

v.     Case No: 5:18-cv-422-Oc-30PRL

CASCADE CAPITAL, LLC, ACCOUNT
DISCOVERY SYSTEMS, LLC, UNIFIN,
INC., PROFESSIONAL BUREAU OF
COLLECTIONS, MARYLAND, INC. and
HALSTED FINANCIAL SERVICES, LLC,

    Defendants.

## ORDER

The Court has been advised via a Notice of Pending Settlement as to Defendant UNIFIN, INC. Only (Dkt. 16) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant UNIFIN, INC. and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate Defendant UNIFIN, INC. from this action.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of March, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record