UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALICIA STEPHENS

    Plaintiff,

vs.

                                      CASE NO.: 5:18-cv-00422-JSM-PRL

CASCADE CAPITAL, LLC., ACCOUNT DISCOVERY SYSTEMS, LLC, UNIFIN, INC., PROFESSIONAL BUREAU OF COLLECTIONS, MARYLAND, INC., and HALSTED FINANCIAL SERVICES, LLC

    Defendants.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HALSTED FINANCIAL SERVICES, LLC, ONLY**

Pursuant to F.R.C.P. 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Alicia Stephens, hereby files this Notice of Voluntary Dismissal Without Prejudice As To Defendant Halsted Financial Services, LLC, only in the above-captioned matter.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system March 18, 2019 to all parties of record.

                                          Respectfully submitted,

                                          */s/ Heather H. Jones*
                                          Heather H. Jones, Esq.
                                          Florida Bar No. 0118974
                                          William "Billy" Peerce Howard, Esq.
                                          Florida Bar No. 0103330
                                          THE CONSUMER PROTECTION FIRM, PLLC
                                          4030 Henderson Blvd.
                                          Tampa, FL 33629
                                          Telephone: (813) 500-1500, ext. 205
                                          Facsimile: (813) 435-2369
                                          Heather@TheConsumerProtectionFirm.com
                                          Billy@TheConsumerProtectionFirm.com
                                          *Attorney for Plaintiff*