# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

ALICIA STEPHENS

    Plaintiff,

v.

CASCADE CAPITAL, LLC, ACCOUNT
DISCOVERY SYSTEMS, LLC., UNIFIN,
INC., PROFESSIONAL BUREAU OF
COLLECTIONS, MARYLAND, INC.,

    Defendant.

CASE NO.: 5:18-cv-00422-JSM-PRL

## NOTICE OF DISMISSAL WITH PREJUDICE AS TO UNIFIN, INC., ONLY

COMES NOW, Plaintiff ALICIA STEPHENS by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and represent to the Court that this action has been resolved as pertaining to Defendant UNIFIN, INC., only, and requests entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on March 29, 2019.

*/s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*