UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALICIA STEPHENS

    Plaintiff,

vs.

CASCADE CAPITAL, LLC, ACCOUNT DISCOVERY SYSTEMS, LLC, and PROFESSIONAL BUREAU OF COLLECTIONS, MARYLAND, INC.

    Defendant.

CASE NO.: 5:18-cv-00422-JSM-PRL

---

## NOTICE OF VOLUNTARY DISMISSAL OF CASCADE CAPITAL, LLC

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the parties hereby stipulate, agree and give notice of dismissal of all claims against Cascade Capital, LLC with each party to bear its own attorneys' fees and costs.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on May 8, 2019, which will serve an electronic copy upon all parties of record.

Respectfully submitted,

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Charles J. McHale* |
| Heather H. Jones, Esq. | Charles J. McHale, Esq. |
| Florida Bar No. 0118974 | Florida Bar No.: 0026555 |
| William "Billy" Peerce Howard, Esq. | Dale T. Golden, Esq. |
| Florida Bar No. 0103330 | Florida Bar No.: 0094080 |
| THE CONSUMER PROTECTION FIRM, PLLC | GOLDEN SCAZ GAGIN, PLLC |
| 4030 Henderson Blvd. | 201 North Armenia Avenue |
| Tampa, FL 33629 | Tampa, FL 33609 |
| Telephone: (813) 500-1500, ext. 205 | Telephone: (813) 251-5500 |
| Facsimile: (813) 435-2369 | Facsimile: (813) 251-3675 |
| Heather@TheConsumerProtectionFirm.com | cmchale@gsgfirm.com |
| Billy@TheConsumerProtectionFirm.com | dgolden@gsgfirm.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |