UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALICIA STEPHENS

    Plaintiff,

v.                                      CASE NO.:  5:18-cv-00422-JSM-PRL

CASCADE CAPITAL, LLC., ACCOUNT DISCOVERY SYSTEMS, LLC, UNIFIN, INC., PROFESSIONAL BUREAU OF COLLECTIONS, MARYLAND, INC., and HALSTED FINANCIAL SERVICES, LLC

    Defendant.

**NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT PROFESSIONAL BUREAU OF COLLECTIONS, MARYLAND, INC.**

**PLAINTIFF,** ALICIA STEPHENS, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, ALICIA STEPHENS, and Defendant, PROFESSIONAL BUREAU OF COLLECTIONS, MARYLAND, INC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 24th day of May, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                      Respectfully submitted,

                                      */s/Heather H. Jones*
                                      Heather H. Jones, Esq.
                                      Florida Bar No. 0118974
                                      William "Billy" Peerce Howard, Esq.
                                      Florida Bar No. 0103330
                                      THE CONSUMER PROTECTION FIRM, PLLC
                                      4030 Henderson Blvd.
                                      Tampa, FL   33629
                                      Telephone: (813) 500-1500, ext. 205
                                      Facsimile: (813) 435-2369
                                      Heather@TheConsumerProtectionFirm.com
                                      Billy@TheConsumerProtectionFirm.com
                                      *Attorney for Plaintiff*