UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALICIA STEPHENS,

    Plaintiff,

v.                                                  Case No: 5:18-cv-422-Oc-30PRL

ACCOUNT DISCOVERY SYSTEMS, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal without Prejudice as to Defendant Account Discovery Systems, LLC (Dkt. 39). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice as to Defendant Account Discovery Systems, LLC.

2. All pending motions are denied as moot.

3. The evidentiary hearing scheduled on November 19, 2019 at 1:30 P.M. is cancelled.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of May, 2019.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record