UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ALICIA STEPHENS

    Plaintiff,

v.

                                      CASE NO.: 5:18-cv-00422-JSM-PRL

PROFESSIONAL BUREAU OF
COLLECTIONS, MARYLAND, INC.

    Defendant.

---

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO FINAL DEFENDANT PROFESSIONAL BUREAU OF COLLECTIONS, MARYLAND, INC.**

---

COMES NOW, Plaintiff ALICIA STEPHENS by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and represent to the Court that this action has been resolved as pertaining to final Defendant Professional Bureau of Collections, Maryland, Inc., and requests entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on June 26, 2019.

                                              */s/ Heather H. Jones*
                                              Heather H. Jones, Esq.
                                              Florida Bar No. 0118974
                                              William "Billy" Peerce Howard, Esq.
                                              Florida Bar No. 0103330
                                              THE CONSUMER PROTECTION FIRM, PLLC
                                              4030 Henderson Blvd.
                                              Tampa, FL 33629
                                              Telephone: (813) 500-1500, ext. 205
                                              Facsimile: (813) 435-2369
                                              Heather@TheConsumerProtectionFirm.com
                                              Billy@TheConsumerProtectionFirm.com
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of June, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

Respectfully,

*/s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*